**Order entered February 12, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00719-CV

### JOSE HERNANDEZ, Appellant

### V.

### SUN CRANE AND HOIST, INC., JLB PARTNRS, L.P., JLB BUILDERS, L.L.C., AUGER DRILLING, INC., AND D'AMBRA CONSRUCTION CORPORATION, Appellees

### On Appeal from the County Court at Law No. 4
### Dallas County, Texas
### Trial Court Cause No. CC-15-00715-D

## ORDER

Before the Court is appellant's January 15, 2019 motion for reconsideration en banc.

The Court requests appellees to file a response, if any, by February 28, 2019.

/s/      ROBERT D. BURNS, III
CHIEF JUSTICE